977 A.2d 1131

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT
OF TRANSPORTATION, Appellee

v.

Ernest DENOFA, Appellant.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of August, 2009, the order of the Commonwealth Court is hereby **AFFIRMED**.